McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-MC-00300-KJM-AC |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $9,000.00 IN U.S. CURRENCY, AND | |
| APPROXIMATELY $7,200.00 IN U.S. CURRENCY, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned defendant currency in civil case *United States v. Approximately $7,200.00 in U.S. Currency, et al*, 2:20-CV-02434-KJM-AC. Accordingly, this miscellaneous case may be closed.

Dated: 12/10/2020          McGREGOR W. SCOTT
                          United States Attorney

                   By:    /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant United States Attorney

1

Notice of Election